NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**A. SCHULMAN, INC.,**
*Plaintiff-Appellant*

**v.**

**POLYONE CORPORATION, SPARTECH LLC,**
*Defendants-Appellees*

———————————

2017-2035

———————————

Appeal from the United States District Court for the Northern District of Ohio in No. 1:15-cv-01760-PAG, Judge Patricia A. Gaughan.

———————————

## JUDGMENT

———————————

ERIC C. COHEN, Brinks Gilson & Lione, Chicago, IL, argued for plaintiff-appellant. Also represented by LAURA A. LYDIGSEN, MARK HERBERT REMUS.

ARNE M. OLSON, Olson & Cepuritis, Ltd., Chicago, IL, argued for defendants-appellees. Also represented by BRIAN MICHALEK, ROBERT J. ROSS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, LOURIE, and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 20, 2018                /s/ Peter R. Marksteiner
           Date                       Peter R. Marksteiner
                                    Clerk of Court